```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 07 B 11988
   MARK A SAMUDIO
                                          CHAPTER 13

                                          JUDGE: JOHN H SQUIRES

         Debtor
   SSN XXX-XX-5470


-----------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 07/05/07 and confirmed on 10/12/07.

   2.  The case was dismissed after confirmation, 01/11/2008.

   3.  The Debtor paid a total of $   1070.00 .

   4.  The Trustee made disbursements to creditors as follows:

-----------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT      INTEREST        PRINCIPAL
                                                             PAID            PAID
-----------------------------------------------------------------------
LITTON LOAN SERVICING IN CURRENT MORTG           .00              .00             .00
LITTON LOAN SERVICING IN MORTGAGE ARRE       1021.85              .00         1021.85
         Summary of disbursements:
-----------------------------------------------------------------------
                 SECURED     PRIORITY   UNSECURED        OTHER          TOTAL
-----------------------------------------------------------------------
TOTAL CLMS ALLOWED   1021.85       .00         .00          .00        1021.85
PRINCIPAL PAID       1021.85       .00         .00          .00        1021.85
INTEREST PAID            .00       .00         .00          .00            .00
TOTAL PAID           1021.85       .00         .00          .00        1021.85
The Debtor's attorney, ALONZO H ZAHOUR                , was allowed $       .00
and was paid $       .00 .

The Trustee received $     48.15 .

Refunds to the Debtor totaled $      .00 .




   Dated: 04/11/08                   /S/
                                 GLENN STEARNS
                                 CHAPTER 13 TRUSTEE
```

```
                              PAGE   2
    CASE NO. 07 B 11988 MARK A SAMUDIO
```